**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Neker Ivan CHAIDEZ–SANCHEZ,
Defendant–Appellant.**

**No. 08–10176.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2009.*

Filed July 24, 2009.

Claire Lefkowitz, Esquire, Assistant U.S., Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Rafael Malanga, Malanga Law Office, Bisbee, AZ, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, WARDLAW, Circuit Judges.

MEMORANDUM **

Neker Ivan Chaidez–Sanchez appeals from his guilty-plea conviction and 51–month sentence for illegal reentry following deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Chaidez–Sanchez's counsel has filed

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is granted, and the conviction and sentence are affirmed.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

